1  CLYDE M. BLACKMON (SBN 36280)
   ROTHSCHILD WISHEK & SANDS LLP
2  765 University Avenue
   Sacramento, CA  95825
3  Telephone: (916) 444-9845
   E-Mail: cblackmon@rwslaw.com
4
   Attorneys for Defendant
5  JAMES MASTERSON

6

7              IN THE UNITED STATES DISTRICT COURT FOR THE

8                     EASTERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA,          Case No.: 2:18-CR-0010 TLN

11 |         Plaintiff,
                                        WAIVER OF PERSONAL
12 |    vs.                             APPEARANCE; ORDER

13 | JAMES MASTERSON,

14 |         Defendant.

15

16      Defendant hereby waives the right to be present in person

17 in open court upon the hearing of any motion or other proceeding

18 in this case, including when the case is set for trial, when a

19 continuance is ordered, when time is excluded under the Speedy

20 Trial Act, when a detention hearing is held, and when any other

21 action is taken by the Court before or after trial, except upon

22 arraignment, plea, empanelment of jury and imposition of

23 sentence.  Defendant hereby requests the Court to proceed during

24 every absence of his which the Court may permit pursuant to this

25 waiver; agrees that his interests will be deemed represented at

26 all time by the presence of his attorney, the same as if

27 defendant were personally present; and further agrees to be

28

present in person in court ready for trial on any day which the Court may fix in his absence.

DATED:  March 2, 2018        /s/ James Masterson___
                             JAMES MASTERSON

APPROVED:


/s/ Clyde M. Blackmon_
CLYDE M. BLACKMON
Attorney for Defendant
JAMES MASTERSON


IT IS SO ORDERED.

DATED: March 23, 2018        _____
                             Troy L. Nunley
                             United States District Judge