```
 1  CLYDE M. BLACKMON (SBN 36280)
    ROTHSCHILD WISHEK & SANDS LLP
 2  765 University Avenue
    Sacramento, CA  95825
 3  Telephone: (916) 444-9845
    E-Mail: cblackmon@rwslaw.com
 4
    Attorneys for Defendant
 5  JAMES MASTERSON
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:18-CR-0010 TLN |
|---|---|
| Plaintiff, | STIPULATION AND ORDER REGARDING AMENDMENT OF DEFENDANT'S CONDITIONS OF PRETRIAL RELEASE |
| vs. | |
| JAMES MASTERSON, | |
| Defendant. | |

The United States of America, through its counsel Assistant U. S. Attorney Justin Lee, and defendant James Masterson, through his counsel Clyde M. Blackmon, stipulate that Mr. Masterson's conditions of pretrial release may be modified to require him to reside for a period of 90 days in the inpatient substance abuse treatment program at the Turning Point Treatment Center facility in Franklin, Pennsylvania and comply with all rules and regulations of that program until such time as he is released from the program by his pretrial services officer.  It is also stipulated that the condition of release that requires Mr. Masterson to be subject to location monitoring/home detention shall be suspended during such time as he is residing at Turning Point.  Finally, it is stipulated that Mr.

Masterson's conditions of pretrial release may be further modified as set forth in the attached Amended Special Conditions of Release.

Mr. Masterson is charged in two counts with use of a communication facility to facilitate a drug trafficking offense (21 U.S.C. § 843(b)) and he has been on pretrial release since he was released from custody on March 2, 2018. Renee Basurto is his supervising pretrial services officer in this district. Mr. Masterson lives in New Castle, Pennsylvania and is under courtesy supervision by a pretrial services officer in the Western District of Pennsylvania.

On July 20, 2018, Ms. Basurto notified Magistrate Judge Claire that Mr. Masterson had violated his conditions of release by submitting urine samples that were confirmed positive for THC marijuana and/or codeine and/or morphine on April 4, 2018, April 27, 2018, May 16, 2018 and May 23, 2018. In addition, Mr. Masterson left his home without permission on July 6, 2018. He has admitted that his urine tested positive for opiates and THC marijuana and that he did not have prescriptions for those drugs.

Initially Ms. Basurto anticipated filing formal allegations that Mr. Masterson had violated conditions of his pretrial release. However, after she confirmed the availability of the Turning Point inpatient treatment program for Mr. Masterson and discussed the situation with counsel for the government and the defense as well the supervising pretrial release officer in the Western District of Pennsylvania it is now the request of all parties that the conditions of Mr. Masterson's pretrial release

STIPULATION AND ORDER REGARDING AMENDMENT OF DEFENDANT'S CONDITIONS OF PRETRIAL RELEASE

be modified in accordance with this stipulation as set forth in the attached Amended Special Conditions of Release.

The parties anticipate that Mr. Masterson will be able to take up residency in the Turning Point Treatment Center program at 4849 US 322, Franklin, Pennsylvania on Friday, August 10, 2018.

IT IS SO STIPULATED.

DATED: August 8, 2018   Rothschild Wishek & Sands LLP

By: //s// Clyde M. Blackmon
CLYDE M. BLACKMON
Attorneys for Defendant
James Masterson

DATED: August 8, 2018   By: //s// Clyde M. Blackmon for
Justin Lee,
Assistant U.S. Attorney

ORDER

GOOD CAUSE APPEARING upon the stipulation of the parties, it is ordered that the conditions of defendant James Masterson's pretrial release are modified as follows.

1. Commencing on August 10, 2018, defendant James Masterson is required to reside for a period of 90 days in the inpatient substance abuse treatment program at the Turning Point Treatment Center facility located at 4849 US 322, Franklin, PA 16323 and comply with all rule and regulations to the program until such time as he is released from the program by his pretrial services officer.

2. Mr. Masterson shall comply with all of the conditions of his pretrial release listed on the attached Amended Special Conditions of Release.

STIPULATION AND ORDER REGARDING AMENDMENT OF DEFENDANT'S CONDITIONS OF PRETRIAL RELEASE

3. The condition of Mr. Masterson's pretrial release that requires him to be subject to location monitoring/home detention is hereby suspended during such time as he is residing in the Turning Point Treatment Center program.

IT IS SO ORDERED.

Dated: August 9, 2018

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE