DANIEL L. OLSEN, #261645
Abrate and Olsen Law Group
655 University Ave, Suite 230
Sacramento, California 95825
Telephone: (916) 550-2688
Attorney for James Masterson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JAMES MASTERSON,<br><br>    Defendant. | Case No.: 2:18-cr-00010-TLN<br><br>STIPULATION REGARDING AMENDMENT TO THE SPECIAL CONDITIONS OF RELEASE<br><br>DATE: February 8, 2019<br><br>COURT: Hon. Kendall J. Newman |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES**

1. Mr. Masterson is currently on pre-trial release under the supervision of Pretrial Services with a secured $50,000 bond.
2. One of the conditions of his release is home detention, where he is confined to his home unless he gets prior approval of his pre-trial service's officer to leave.
3. Since his release in March of 2018, Mr. Masterson has been mostly in compliance with all of his conditions of release.
4. Mr. Masterson has children that live at a different house. Due to the odd hours of his employment, it is difficult to see his children regularly. To accommodate his desire to spend more time with his children, we request he be moved from home detention to curfew.
5. Pretrial services does not have an objection to this request.
6. The Government does not have an objection to this request.

- 1 -

7. By this stipulation, defendant now moves for an order to amend Mr. Masterson's special conditions of release from "home detention" to "curfew" as specified in the attached amended special conditions of release. All other orders currently in effect will remain in effect.

**IT IS SO STIPULATED.**

DATED: February 8, 2019        By:   /s/ Daniel L. Olsen
                                     DANIEL L. OLSEN
                                     Attorney for James Masterson


DATED: February 8, 2019              McGregor Scott
                                     United States Attorney

                               By:   /s/ Daniel L. Olsen for
                                     Justin Lee
                                     Assistant United States Attorney

**IT IS SO ORDERED.**

DATED: February 8, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

# SECOND AMENDED SPECIAL CONDITIONS OF RELEASE

                              Re: Masterson, James
                              No.: 2:18-CR-00010
                              Date: February 8, 2019

1. You must report for Pretrial Services upon the first working day following your release from custody;

2. You must report to and comply with the rules and regulations of the Pretrial Services Agency;

3. You must not associate or have any contact with co-defendants in this or related cases, unless in the presence of counsel or otherwise approved in advance by the pretrial services officer;

4. You must reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

5. You must cooperate in the collection of a DNA sample;

6. You must restrict your travel to the Eastern District of California and the Western District of Pennsylvania unless otherwise approved in advance by the pretrial services officer;

7. You must not obtain a passport or other travel documents during the pendency of this case;

8. You must not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition currently under your control;

9. You must refrain from any use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used;

10. You must submit to drug and/or alcohol testing as approved by the pretrial services officer. You must pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer;

11. You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You must pay

all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer;

12. You must report any contact with law enforcement to your pretrial services officer within 24 hours;

13. You must participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You must comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You must pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer;

14. ***CURFEW: You must remain inside residence every day from 10:30pm to 6:00am, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.***