Daniel Olsen, SBN 261645
Abrate & Olsen Law Group
655 University Ave., Ste 230
Sacramento CA 95825
Tel: (916) 550-2688
Dan@abrateandolsen.com

Attorney for James Masterson

UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:18-cr-00010-TLN |
| Plaintiff, | **REQUEST FOR CONTINUANCE OF PRE-TRIAL RELEASE VIOLATION HEARING ON PETITION** |
| vs. | |
| JAMES MASTERSON | Judge: Carolyn K. Delaney<br>Date: Sept 18, 2019 |
| Defendant | Time: 2:00 p.m. |

    Defendant JAMES MASTERSON hereby requests a continuance of the currently scheduled hearing due to a medical hardship.

    On September 16, 2019, U.S. Pretrial Services Officer, Renee M. Basurto, filed a petition for a violation of pretrial services. Mr. Masterson was informed by his Pretrial Services Officer in Pennsylvania on September 16, 2019 that he would need to be in California for the hearing on September 18, 2019. Following being notified, Mr. Masterson contacted my office to let me know he had a medical condition related to a vehicle accident that will briefly prevent him from flying. On September 17, 2019, Mr. Masterson was able to see Doctor Paul E. Wawrzynski who wrote the attached note stating that at this time Mr. Masterson can not fly.

On September 5, 2019, while driving on the highway, Mr. Masterson's car had an electrical short which caused the car to catch fire. The defendant inhaled a substantial amount of smoke and lost consciousness. As of this time, his oxygen levels are at 60% of normal and his blood pressure is critically high. He is under the care of a cardiologist and has a referral to a pulmonologist scheduled for September 20, 2019. The meeting with the pulmonologist should provide more clarity on when it would be safe for Mr. Masterson to fly. For now, I am requesting a two (2) week continuance.

Mr. Masterson is currently wearing an ankle monitor and therefore is not a flight risk pending his violation hearing.

Defendant JAMES MASTERSON hereby requests the court to continue his hearing on the petition to be continued to October 2, 2019 at 2:00 p.m.

Dated: September 17, 2019                    Respectfully submitted,

/s/Daniel Olsen
By: JAMES MASTERSON
Defendant

Dated: September 17, 2019

/s/Daniel Olsen
By: Daniel Olsen
Attorney for Defendant
JAMES MASTERSON

**O R D E R**

IT IS SO FOUND AND ORDERED

Dated: September 17, 2019

_Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE