DANIEL L. OLSEN, #261645
Abrate and Olsen Law Group
655 University Ave, Suite 230
Sacramento, California 95825
Telephone: (916) 550-2688
Attorney for James Masterson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>JAMES MASTERSON,<br><br>   Defendant. | Case No.: 2:18-cr-00010-2-TLN<br><br>REQUEST AND ORDER TO EXONERATE BOND<br><br>DATE: February 11, 2020<br><br>COURT: Hon. Carolyn K. Delaney |

  Defendant, James Masterson, respectfully requests an order from this Court exonerating the Appearance Bond securing the appearance of Mr. Masterson in this case.

  Defendant Masterson makes this request based on the Courts August 16, 2019 ruling ordering the detention of Mr. Masterson for the remainder of the case. Subsequently on November 14, 2019, Mr. Masterson entered a guilty plea. He is currently in custody awaiting sentencing.

  WHEREFORE, on behalf of James Masterson and the surety, Norma Kelly, who signed the appearance bond for Mr. Masterson, I am respectfully requesting the Court order the exoneration of Appearance Bond and also order the Clerk of the Court to reconvey the suritie's cash bond pursuant to receipt CAE200088684 filed in California for $50,000 on March 13, 2018 (ECF 35).

- 1 -

DATED: February 11, 2020   By:/s/ Daniel L. Olsen
DANIEL L. OLSEN
Attorney for James Masterson

| | |
|---|---|
| 1 | **ORDER** |
| 2 | IT IS SO ORDERED the surety bond securing the attendance of defendant James |
| 3 | Masterson is exonerated. |
| 4 | IT IS FURTHER ORDERED that the Clerk of Court shall reconvey the money of |
| 5 | the Surety as follows: |
| 6 | Name of Surety:                    Norma Kelly |
| 7 | Address:                                3478 Mitchell Road |
| 8 |                                                Neshannock, PA 16105 |
| 9 | **IT IS SO ORDERED.** |
| 11 | Dated: February 12, 2020 |

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE