PHILLIP A. TALBERT
Acting United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-00010-TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION TO REDUCE SENTENCE UNDER 18 U.S.C. § 3582(c)(1)(A); FINDINGS AND ORDER |
| v. | |
| JAMES MASTERSON, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. The defendant filed a motion for compassionate release on March 24, 2021. Docket No. 171. Pursuant to Local Rule, the government's response is due on March 31, 2021, with any reply from the defendant due on April 3, 2021.

2. Counsel for the government requests additional time to obtain relevant records and draft the government's response to the defendant's motion. The defendant does not oppose the government's request.

3. Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the defendant's motion as follows:

   a) The government's response to the defendant's motion to be filed on or before

April 9, 2021;

    b)    The defendant's reply to the government's response to be filed on or before April 16, 2021.

IT IS SO STIPULATED.

Dated: March 31, 2021                         PHILLIP A. TALBERT
                                           Acting United States Attorney

                                           /s/ JUSTIN L. LEE
                                           JUSTIN L. LEE
                                           Assistant United States Attorney

Dated: March 31, 2021                         /s/ HARRY SIMON
                                           HARRY SIMON
                                           Counsel for Defendant
                                           JAMES MASTERSON

## ORDER

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the defendant's motion for sentence reduction:

    a)    The government's response to the defendant's motion, Docket No. 171, is due on or before April 9, 2021;

    b)    The defendant's reply to the government's response, if any, is due on April 16, 2021.

IT IS SO FOUND AND ORDERED this 31st day of March, 2021.

                                           Troy L. Nunley
                                           United States District Judge