# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>     v.<br><br>JAMES MASTERSON,<br><br>                  Defendant. | CASE NO. 2:18-CR-00010-TLN<br><br>**ORDER SEALING DOCUMENTS AS SET FORTH IN THE GOVERNMENT'S NOTICE** |

      Pursuant to Local Rule 141(b), and based on the representations contained in the Government's Request to Seal, IT IS HEREBY ORDERED that the Government's Exhibit 2 to Government's Opposition to Defendant's Second Motion for Compassionate Release pertaining to Defendant James Masterson, and the Government's Request to Seal shall be SEALED until further order of this Court.

      It is further ordered that electronic access to the sealed documents shall be limited to the United States and counsel for Defendant.

      The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the Government's Request, sealing the Government's Request and Exhibit 2 serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests identified by the

Government would be harmed. In light of the public filing of its Notice to Seal, the Court further finds that there are no additional alternatives to sealing the Government's Request and Exhibit 2 that would adequately protect the compelling interests identified by the Government.

DATED: April 28, 2021

Troy L. Nunley
United States District Judge